IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY VITALE, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>CITY OF NEW YORK,<br><br>   Defendant. | Case No. 1:25-cv-01129 |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

 Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the following individuals:

1. ROGER ESPOSITO
   8859 17TH AVENUE
   BROOKLYN, NY 11214
   KINGS COUNTY

2. BRIAN ESTEVEZ
   7508 60TH PL
   GLENDALE, NY 11385
   QUEENS COUNTY

3. JOSEPH ESTREMO
   107-23 80TH STREET
   OZONE PARK, NY 11417
   QUEENS COUNTY

4. WOODLY EUGENE
   68 MARY ST
   VALLEY STREAM, NY 11580
   NASSAU COUNTY

5. LEONARD EVANS
   358 JEROME STREET APT 3
   BROOKLYN, NY 11207
   KINGS COUNTY

6. DAMIEN EVERETT
   800 VICTORY BLVD APT 2H
   STATEN ISLAND, NY 10301
   RICHMOND COUNTY

7. CLIFFORD EXANTUS
   186-17 FOCH BLVD
   ST. ALBANS, NY 11412
   QUEENS COUNTY

8. MICHAEL FAHY
   1954 BLY RD
   EAST MEADOW, NY 11554
   NASSAU COUNTY

9. KEITH FAIR
   586 CLAWSON ST
   STATEN ISLAND, NY 10306
   RICHMOND COUNTY

10. ANTHONY FAITH
    1 BORDER LANE
    LEVITTOWN, NY 11756
    NASSAU COUNTY

11. FREDERICK FAJARDO
    2820 MIDDLETOWN ROAD
    BRONX, NY 10461
    BRONX COUNTY

12. THOMAS FALCO
    319 MANHATTAN ST
    STATEN ISLAND, NY 10305
    RICHMOND COUNTY

13. DANIEL FALCONE
    914 151ST PL
    WHITESTONE, NY 11357
    QUEENS COUNTY

14. FREDERICK FALCONE
    466 ENGLEWOOD AVE
    STATEN ISLAND, NY 10309
    RICHMOND COUNTY

15. EDWARD FALLER
    27 MARBOURNE ROAD
    BETHPAGE, NY 11714
    NASSAU COUNTY

16. JOSEPH FALZARANO
    64-37 83 STREET MIDDLE VILLAGE
    QUEENS, NY 11379
    QUEENS COUNTY

17. GREGORY FAMIGLIETTI
    1744 CLINTON AVE
    MERRICK, NY 11566
    NASSAU COUNTY

18. MICHAEL FARMER
    650 NASBY PLACE 1ST FL
    FAR ROCKAWAY, NY 11691
    QUEENS COUNTY

19. JOSEPH FARRAN
    585 16TH STREET
    BROOKLYN, NY 11215
    KINGS COUNTY

20. PAUL FARRELL
    424 NEWPORT
    BROOKLYN, NY 11207
    KINGS COUNTY

21. LEONARD FARRUGIA
    3082 MORGAN DR
    WANTAGH, NY 11793
    NASSAU COUNTY

22. BRETT FASULO
    75-05 210TH STREET
    OAKLAND GARDENS, NY 11364
    QUEENS COUNTY

23. ERIC FAUBION
    96-15 164 AVENUE
    HOWARD BEACH, NY 11414
    QUEENS COUNTY

24. CHRISTOPHER FAUCI
    133 GRAND STREET
    BROOKLYN, NY 11249
    KINGS COUNTY

25. KINDELL FAULKNER
    723 CARMAN AVE
    WESTBURY, NY 11590
    NASSAU COUNTY

The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: February 11, 2025

Respectfully submitted,

*/s/ Hope Pordy*
Hope Pordy
Elizabeth Sprotzer
SPIVAK LIPTON LLP
1040 Avenue of the Americas, 20th Flr
New York, NY 10018
Phone: (212) 765 2100
hpordy@spivaklipton.com
esprotzer@spivaklipton.com

*/s/ Sarah M. Block*
Molly A. Elkin
Sarah M. Block
Patrick Miller-Bartley
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
mae@mselaborlaw.com
smb@mselaborlaw.com
pmb@mselaborlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*/s/ Hope Pordy*
Hope Pordy
