IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY VITALE, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>CITY OF NEW YORK,<br><br>   Defendant. | Case No. 1:25-cv-01129 |

## NOTICE OF FILING CONSENT TO JOIN FORMS

Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the following individuals:

1. DIEGO SANTIAGO
   35 TOKEN STREET
   STATEN ISLAND, NY 10312
   RICHMOND COUNTY

2. ANTHONY SANTORA
   236 MONAHAN AVE
   STATEN ISLAND, NY 10314
   RICHMOND COUNTY

3. JOSEPH SANTORO
   7753 79TH ST
   GLENDALE, NY 11385
   QUEENS COUNTY

4. NICO SANTORO
   61 HUNT LANE
   STATEN ISLAND, NY 10304
   RICHMOND COUNTY

5. PAUL SANTORO
   1033 OCEAN AVE
   BAY SHORE, NY 11706

SUFFOLK COUNTY

6. MICHAEL SANTOS
   469 15TH STREET
   WEST BABYLON, NY 11704
   SUFFOLK COUNTY

7. NICHOLE SANTOS
   373 POCATELLO RD
   MIDDLETOWN, NY 10940
   ORANGE COUNTY

8. ROBERTO SANTOS
   3853 12TH STREET APT 1
   LONG ISLAND CITY, NY 11101
   QUEENS COUNTY

9. MICHAEL SANTUCCI
   73-19 57AVE
   MASPETH, NY 11378
   QUEENS COUNTY

10. MICHAEL SANTULLI
    49 SEACREST AVENUE
    STATEN ISLAND, NY 10312
    RICHMOND COUNTY

11. ANTHONY SARACENO
    296 CANDON AVE
    STATEN ISLAND, NY 10309
    RICHMOND COUNTY

12. RALPH SARCONE
    115 SIDEVIEW AVENUE
    STATEN ISLAND, NY 10314
    RICHMOND COUNTY

13. MARCO SARMIENTO
    6274 MOUNT OLIVET CRESCENT
    MIDDLE VILLAGE, NY 11379
    QUEENS COUNTY

14. YADHIT SARMIENTO
    14 GOLDEN GATE LN
    SHIRLEY, NY 11967
    SUFFOLK COUNTY

15. ANTHONY SARNI
    23 PILOT LANE
    STATEN ISLAND, NY 10309
    RICHMOND COUNTY

16. THOMAS SARROCCO
    42 EAGLE LANE
    LEVITTOWN, NY 11756
    NASSAU COUNTY

17. ERICH SAUER
    62-49 60TH DR
    MASPETH, NY 11378
    QUEENS COUNTY

18. JESSE SAULLE
    1824 W 6 STREET
    BROOKLYN, NY 11223
    KINGS COUNTY

19. DEVON SAUNDERS
    2026 WESTCHESTER AVE APR #4M
    BRONX, NY 10462
    BRONX COUNTY

20. DANIEL SAVAGE
    88-22 AUBREY
    GLENDALE, NY 11385
    QUEENS COUNTY

21. DANIELLE SAVAGE
    59 22 57 DRIVE
    MASPETH, NY 11378
    QUEENS COUNTY

22. JASON SAVAGE
    2953 AVE W
    BROOKLYN, NY 11229
    KINGS COUNTY

23. EDWARD SAVINO
    157-11 100 STREET
    HOWARD BEACH, NY 11414
    QUEENS COUNTY

    24. MICHAEL SAVINO
        20215 42ND AVE. APT 6A
        BAYSIDE, NY 11361
        QUEENS COUNTY

    25. JOHN SAVVA
        1931 77TH STREET
        EAST ELMHURST, NY 11370
        QUEENS COUNTY

The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: February 18, 2025                         Respectfully submitted,

                                                            */s/ Hope Pordy*
                                                             Hope Pordy
                                                             Elizabeth Sprotzer
                                                             SPIVAK LIPTON LLP
                                                            1040 Avenue of the Americas, 20th Flr
                                                            New York, NY 10018
                                                            Phone: (212) 765 2100
                                                            hpordy@spivaklipton.com
                                                            esprotzer@spivaklipton.com


                                                            */s/ Sarah M. Block*
                                                           Molly A. Elkin
                                                           Sarah M. Block
                                                           Patrick Miller-Bartley
                                                           McGILLIVARY STEELE ELKIN LLP
                                                           1101 Vermont Ave., N.W.
                                                           Suite 1000
                                                           Washington, DC 20005
                                                           Phone: (202) 833-8855
                                                           mae@mselaborlaw.com
                                                           smb@mselaborlaw.com
                                                           pmb@mselaborlaw.com

                                                           *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*/s/ Hope Pordy*
Hope Pordy