**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY VITALE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>Defendant. | Case No. 1:25-cv-01129 |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the following individuals:

1. PHILIP SHELTON
   4 THISTLE LANE
   MIDDLETOWN, NY 10940
   ORANGE COUNTY

2. KISSIE SHEPPARD
   63 BALATON AVE
   LAKE RONKONKMA, NY 11779
   SUFFOLK COUNTY

3. JAMES SHERIDAN
   96-18 72ND ROAD
   FOREST HILLS, NY 11375
   QUEENS COUNTY

4. HENRY SHIELDS
   149-48 127TH ST
   QUEENS, NY 11420
   QUEENS COUNTY

5. ADITYANAND SHIVTAHALL
   115-16 135TH AVE
   SOUTH OZONE PARK, NY 11420
   QUEENS COUNTY

6. ASHRAF SHOMAN
   127 WHEELER AVENUE
   STATEN ISLAND, NY 10314
   RICHMOND COUNTY

7. STEVEN SHUNG
   12104 195 STREET
   SPRINGFIELD GDNS, NY 11413
   QUEENS COUNTY

8. TAMEKO SHUNG
   121-04 195TH ST
   SPRINGFIELD GARDENS, NY 11413
   QUEENS COUNTY

9. CHRISTOPHER SICURANZA
   105 FORRESTAL AVENUE
   STATEN ISLAND, NY 10312
   RICHMOND COUNTY

10. CHRISTIAN SIERRA
    330 56TH ST
    BROOKLYN, NY 11220
    KINGS COUNTY

11. MICHAEL SIEW
    35 BRIARCLIFF RD
    STATEN ISLAND, NY 10305
    RICHMOND COUNTY

12. KYLE SIHIBDEEN
    8915 FARRAGUT RD
    BROOKLYN, NY 11236
    KINGS COUNTY

13. JOSE SILVA
    10 LINTON COURT
    WEST BABYLON, NY 11704
    SUFFOLK COUNTY

14. RAYMOND SILVA
    157 COOPER STREET
    BROOKLYN, NY 11207
    KINGS COUNTY

15. JONATHAN SIMMONS
5 LINCOLN AVENUE APT 1401
BRONX, NY 10454
BRONX COUNTY

16. ROMANO SIMON
544 MONROE STREET
BROOKLYN, NY 11221
KINGS COUNTY

17. SHAUNA SIMON
109 N OCEAN AVE
FREEPORT, NY 11520
NASSAU COUNTY

18. RIXHI SIMONI
234 GREENCROFT AVE
STATEN ISLAND, NY 10308
RICHMOND COUNTY

19. RICKIE SIMPKINS
95-04 150RD #3
OZONE PARK, NY 11417
QUEENS COUNTY

20. DEVAUGHN SIMPSON
128-36 148TH ST
JAMAICA, NY 11436
QUEENS COUNTY

21. CHRISTOPHER SIMS
16 EDWARD COURT
STATEN ISLAND, NY 10314
RICHMOND COUNTY

22. HYSAWN SINGLETARY
1468 HOE AVENUE APT 6A
BRONX, NY 10460
BRONX COUNTY

23. ANTHONY SINISCALCHI
4150 AMBOY RD
STATEN ISLAND, NY 10308
RICHMOND COUNTY

24. SUNIL SIRJU
    16635 26TH AVENUE
    FLUSHING, NY 11358
    QUEENS COUNTY

25. THOMAS SKINNER
    296 IVY AVENUE
    WESTBURY, NY 11590
    NASSAU COUNTY

The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: February 19, 2025

Respectfully submitted,

*/s/ Hope Pordy*
Hope Pordy
Elizabeth Sprotzer
SPIVAK LIPTON LLP
1040 Avenue of the Americas, 20th Flr
New York, NY 10018
Phone: (212) 765 2100
hpordy@spivaklipton.com
esprotzer@spivaklipton.com

*/s/ Sarah M. Block*
Molly A. Elkin
Sarah M. Block
Patrick Miller-Bartley
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
mae@mselaborlaw.com
smb@mselaborlaw.com
pmb@mselaborlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*/s/ Hope Pordy*
Hope Pordy